```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11505
    ROBERT V. LAMB
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-4732


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/27/07 .

    2.   The case was dismissed without confirmation, 09/20/2007.

    3.   The Debtor paid a total of $    2000.00 .

    4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME             CLASS             CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
EASTERN SAVINGS BANK      CURRENT MORTG            .00           .00            .00
EASTERN SAVINGS BANK      MORTGAGE ARRE     NOT FILED           .00            .00
ILLINOIS DEPT REVENUE     SECURED           NOT FILED           .00            .00
DUPAGE COUNTY COLLECTOR   SECURED                  .00           .00            .00
COLLEEN MUELLER           CHILD SUPPORT     NOT FILED           .00            .00
ASPIRE VISA               UNSECURED         NOT FILED           .00            .00
AT&T BANKRUPTCY           UNSECURED         NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED         NOT FILED           .00            .00
COMED                     UNSECURED         NOT FILED           .00            .00
COMPUTER CREDIT           UNSECURED         NOT FILED           .00            .00
CREDIT ONE BANK           UNSECURED         NOT FILED           .00            .00
DELL FINANCIAL SERVICES   UNSECURED         NOT FILED           .00            .00
HSBC                      UNSECURED         NOT FILED           .00            .00
NICOR GAS                 UNSECURED         NOT FILED           .00            .00
SBC AMERITECH CORP        UNSECURED         NOT FILED           .00            .00
TRIBUTE                   UNSECURED         NOT FILED           .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER         TOTAL

TOTAL CLMS ALLOWED      .00          .00          .00          .00           .00
PRINCIPAL PAID          .00          .00          .00          .00           .00
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID              .00          .00          .00          .00           .00
The Debtor's attorney, ROBERT V SCHALLER          , was allowed $    1985.00
and was paid $    1485.00   direct and $     500.00   through the plan.

The Trustee received $      30.79 .

Refunds to the Debtor totaled $    1469.21 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE